# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150118(55)

WINDRUSH, INC.,
        Plaintiff-Appellant,

v

        SC: 150118
        COA: 315958
        Kent CC: 09-008274-CK

LEE VANPOPERING, SHAGBARK
DEVELOPMENT, INC., and NORTHLAND
MANAGEMENT, INC.,
        Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of defendants-appellees for a second extension to the time for filing their responsive brief in this application for leave to appeal is GRANTED. The brief will be accepted as timely filed if filed on or before November 10, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____
November 4, 2014

